UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80137-CR-RYSKAMP/HOPKINS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Juaquin Molina,

    Defendant.
_____/

### ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the court upon the Report and Recommendation issued by United States Magistrate Judge James M. Hopkins on December 20, 2010.

The court has considered the Report and Recommendation, the pertinent parts of the record, the defendant's written objections, and being otherwise fully advised in the premises it is

**ORDERED and ADJUDGED** that the United States Magistrate's Report and Recommendation on defendant's motion to suppress search of residence is hereby **ADOPTED AND AFFIRMED.** The Defendant's motion to suppress search of residence is denied.

**DONE and ORDERED** in West Palm Beach, this _10_ day of January, 2010.

KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

cc:    counsel of record
       United States Magistrate Judge James M. Hopkins